

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Naomi **MARKHAM**, Carrie Markham, and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the negligence per se claim is
DISMISSED FOR WANT OF JURISDICTION and the remainder of the trial court's order is
AFFIRMED.

We order that appellees Naomi Markham, Carrie Markham, and Trevor Markham,
Individually and as the Administrator of the Estate of Joslyn Markham, Deceased, recover their
costs of appeal from appellant Texas Department of Transportation.

SIGNED August 21, 2019.

_____
Beth Watkins, Justice